John D. Fiero (CA Bar No. 136557)
Maxim B. Litvak (CA Bar No. 215852)
Gail S. Greenwood (CA Bar No. 169939)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
Email: jfiero@pszjlaw.com
       mlitvak@pszjlaw.com
       ggreenwood@pszjlaw.com

Attorneys for Andrea Wirum,
Trustee of the Carinalli Liquidating Trust

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SANTA ROSA DIVISION**

| | |
|---|---|
| In re:<br>**CLEMENT C. CARINALLI AND ANN MARIE CARINALLI,**<br>Debtor. | Case No.: 09-12986 (AJ)<br>Chapter 11 |
| **OFFICIAL COMMITTEE OF UNSECURED CREDITORS,**<br>**Plaintiffs**,<br>v.<br>**KELLY INVESTMENT CO., KELLY T. SUACCI, KEITH INVESTMENT CO., KEITH CARINALLI, KERRI INVESTMENT CO., KERRI A. OLHISER, KEVIN INVESTMENT CO., KEVIN E. CARINALLI, KLEMCO INVESTMENT CO., AND NORTH COAST BANK, A DIVISION OF AMERICA RIVER BANK, SANTA ROSA OFFICE,**<br>**Defendants**. | Adv. Pro. No. 10-01089<br><br>**NOTICE AND OPPORTUNITY FOR HEARING REGARDING MOTION TO SUBSTITUTE THE LIQUIDATING TRUSTEE AS PLAINTIFF**<br><br>[Pursuant to B.L.R. 9014-1, no hearing unless opposition filed or hearing requested] |

**TO THE HONORABLE ALAN JAROSLOVSKY, UNITED STATES BANKRUPTCY JUDGE, AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Andrea Wirum, as Trustee of the Carinalli Liquidating Trust ("Liquidating Trustee"), has filed a motion (the "Motion") to substitute herself in place of Clement C. Carinalli and Ann Marie Carinalli (the "Debtors") as plaintiff in the above-captioned

adversary proceeding pursuant to Bankruptcy Rule 7025(c) and in accordance with the terms of the *Debtors' and Committee's Second Amended Joint Plan of Reorganization* dated November 16, 2010.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Local Rule 9014-1(b)(3), any opposition to, or request for hearing on, the Motion must be filed with the Court (located at 99 South East Street, Santa Rosa, California) and served upon counsel to the Liquidating Trustee at the address set forth above so that it is received **within twenty-one (21) days of the date of this Notice**. Any opposition or request for hearing must be accompanied by any declarations or memoranda of law that the opposing or requesting party wishes to present in support of its position. If an opposition or request for hearing is timely filed and served, the Liquidating Trustee will set the matter for hearing and will provide at least fourteen (14) days' written notice of the hearing to the opposing or requesting party. If there is no timely opposition or request for hearing, the Court may grant the relief requested in the Motion by default without further notice and without a hearing.

Date: December 9, 2010        PACHULSKI STANG ZIEHL & JONES LLP

By   */s/ Gail S. Greenwood*
     Gail S. Greenwood
     Attorneys for Andrea Wirum,
     Trustee of the Carinalli Liquidating Trust